UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
GREAT NORTHERN INSURANCE CO.          :

        Plaintiff,          :     08 Civ. 3308 (SHS)
                                      **ECF CASE**
  - against -          :     **RULE 7.1**
                                      **DISCLOSURE STATEMENT**

BLUE ANCHOR LINE; BLUE ANCHOR          :
LINE A DIVISION OF TRANSPAC
CONTAINER SYSTEM LTD.; KUEHNE &          :
NAGEL, INC.; KUEHNE & NAGEL S.A.;
HANJIN SHIPPING CO. LTD.; CONTAINER          :
PORT GROUP, INC.;
                                            :
        Defendants.
----------------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private nongovernmental corporate party discloses that the following are parent corporations of that party and the publicly held corporations that own 10% or more of the party's stock:

    Great Northern Insurance Company is a wholly owned subsidiary of Federal Insurance Company which, in turn, is a wholly owned subsidiary of The Chubb Corporation, a publicly traded company on the New York Stock Exchange.

Date:  New York, New York
         April 2, 2008

                                          *s/David L. Mazaroli*
                                          _____
                                          David L. Mazaroli (DM 3929)
                                          Attorney for Plaintiff
                                          11 Park Place - Suite 1214
                                          New York, New York 10007
                                          Tel.: (212)267-8480
                                          Fax.: (212)732-7352
                                          E-mail: dlm@mazarolilaw.com
                                          File No.: 7C-1580