DLM REF.: 7C-1580

> MAZAROLI
> APR 30 2008
> LAW OFFICE

## WAIVER OF SERVICE OF SUMMONS

TO:  David L. Mazaroli, Attorney for Plaintiff

    I acknowledge receipt of your request that I waive service of a summons in the action of **GREAT NORTHERN INSURANCE CO. v. BLUE ANCHOR LINE**, et al. which is case number 08 CIV. 3308 (SHS) in the United States District Court for the Southern District of New York. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without costs to me.

    I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

    I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

    I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after **April 7, 2008**, or within 90 days after that date if the request was sent outside the United States.

                                   Hanjin Shipping Co. Ltd.
                                   80 East Route 4, Suite 490
                                   Paramus, New Jersey 07652

4/28/08
Date

Signed: _[signature]_
Name: GRACE BAE
Title: CORPORATE COUNSEL
Company: HANJIN SHIPPING CO., LTD.