DLM REF.: 7C-1580



MAZAROLI
APR 3 0 2008
LAW OFFICE

## WAIVER OF SERVICE OF SUMMONS

TO:  David L. Mazaroli, Attorney for Plaintiff

I acknowledge receipt of your request that I waive service of a summons in the action of **GREAT NORTHERN INSURANCE CO. v. BLUE ANCHOR LINE, et al.** which is case number 08 CIV. 3308 (SHS) in the United States District Court for the Southern District of New York. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without costs to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after **April 7, 2008**, or within 90 days after that date if the request was sent outside the United States.

Blue Anchor Line
Blue Anchor Line a division of
Transpac Container System Ltd.
c/o Kuehne & Nagel, Inc.
10 Exchange Place, 19th Floor
Jersey City, New Jersey 07302

April 28, 2008
Date

Signed: _____
Name: ERNEST H. GELMAN
Title: Attorney for Blue Anchor Line, etc
Company: