UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

GREAT NORTHERN INSURANCE CO.,                     08 Civ. 03308 (Judge Stein)

                Plaintiff,

      -against-                                                        RULE 7.1 DISCLOSURE
                                                                                STATEMENT ON
BLUE ANCHOR LINE; BLUE ANCHOR                                 BEHALF OF
LINE, A DIVISION OF TRANSPAC                                      DEFENDANTS BLUE
CONTAINER SYSTEM, LTD.; KUEHNE &                          ANCHOR LINE, KUEHNE
NAGEL, INC.; KUEHNE & NAGEL, S.A.;                            & NAGEL AND KUEHNE
HANJIN SHIPPING CO., LTD.; CONTAINER                      & NAGEL, S.A.
PORT GROUP, INC.,

                Defendants.
-------------------------------------------------------------X

In compliance with Rule 7.1 of the Federal Rules of Civil Procedure, Defendants BLUE ANCHOR LINE; BLUE ANCHOR LINE, A DIVISION OF TRANSPAC CONTAINER SYSTEM, LTD., KUEHNE & NAGEL, INC. and KUEHNE & NAGEL S.A. through their attorney, Ernest H. Gelman, certify that there is no parent corporation or publicly held corporation that owns more than 10% of the stock of any of the entities.

                                                                      S/ _____
                                                                   Ernest H. Gelman (EHG 4748)
                                                                   Attorney for Defendants BLUE ANCHOR
                                                                   LINE, KUEHNE & NAGEL and
                                                                   KUEHNE & NAGEL, S.A.
                                                                   350 Fifth Avenue, Suite 4908
                                                                   New York, NY 10118
                                                                   Telephone: (212) 332-2345
                                                                   Fax: (212) 332-8301
                                                                   e-mail: egelman@gelmanesq.com

TO: David L. Mazaroli, Esq.
      Attorney for Plaintiff
      11 Park Place, Suite 1214
      New York, NY 10007-2801
      Telephone: (212) 267-8480
      Fax: (212) 732-7352
      e-mail: dlm@mazarolilaw.com

G:\LTG\Rule 7.1-BlueAnchor.doc