USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

GREAT NORTHERN INSURANCE CO.,              :        08 Civ. 3308 (SHS)

                Plaintiff,              :

      -against-                                            :        ORDER

BLUE ANCHOR LINE, *ET AL.*,                     :

                Defendants.           :

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      A pretrial conference having been held today, with counsel for all parties present,

      IT IS HEREBY ORDERED that at the request of the plaintiff and with defendants' consent, the complaint is amended as follows:

      In paragraph 6, fifth line, "HJSCBNW" should be "HJSCBCNW."

Dated: New York, New York
       June 13, 2008

                                        SO ORDERED:

                                        _____
                                          Sidney H. Stein, U.S.D.J.