```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

GREAT NORTHERN             :    08 Civ. 3308 (SHS) GWG

              Plaintiff(s),    :

     -against-             :    CONSENT TO PROCEED BEFORE
                                UNITED STATES MAGISTRATE
                           :

BLUE ANCHOR LINE           :
              Defendant(s).
                           :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY STIPULATED by the undersigned:

    1.    All parties consent, pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, that a United States Magistrate Judge conduct all further proceedings in this action, including any trial and entry of final judgment.

    2.    Any appeal from a judgment entered in this case will lie to the Court of Appeals for the Second Circuit as from any other judgment of the district court pursuant to 28 U.S.C. § 636(c)(3) and Fed. R. Civ. P. 73(c).

Dated: New York, New York
       June 13, 2008

_____ DAVID L MAZAROLI   _see attached_____
Attorney for Plaintiff            Attorney for Defendant
Address 11 PARK PLACE-Ste 1214    Address _____
        N Y, NY                           _____
Telephone 212-267-8480            Telephone _____

(Separately executed forms may be submitted. See Fed. R. Civ. P. 73(b).)

SO ORDERED: 6/27/08

_____
Sidney H. Stein, U.S.D.J.

Magistrate Judge _____ was assigned this case on _____.

_____
For: Clerk U.S.D.C. S.D.N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

GREAT NORTHERN,   :   08 Civ. 3308 (SHS) GWG

         Plaintiff(s),   :

   -against-   :   CONSENT TO PROCEED BEFORE
                                   UNITED STATES MAGISTRATE

BLUE ANCHOR LINE,   :

         Defendant(s).   :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      IT IS HEREBY STIPULATED by the undersigned:

      1.     All parties consent, pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, that a United States Magistrate Judge conduct all further proceedings in this action, including any trial and entry of final judgment.

      2.     Any appeal from a judgment entered in this case will lie to the Court of Appeals for the Second Circuit as from any other judgment of the district court pursuant to 28 U.S.C. § 636(c)(3) and Fed. R. Civ. P. 73(c).

Dated: New York, New York
       June 13, 2008

___see attached___                       ___[signature]___  and Kerr as e Nagel S.A.
Attorney for Plaintiff                  Attorney for Defendant — Blue Anchor Line
Address _____      Ernest Wekham
                                        Address 350 Fifth Ave. Suite 4905
                                               New York, NY 10118
Telephone _____              Telephone 212 332-2345

(Separately executed forms may be submitted. See Fed. R. Civ. P. 73(b).)

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.

Magistrate Judge _____ was assigned this case on _____.

_____
For: Clerk U.S.D.C. S.D.N.Y.

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

GREAT NORTHERN INSURANCE CO.

           Plaintiff(s),

-against-

BLUE ANCHOR LINE et al.

           Defendant(s).

-----------------------------------------------------------x

08 Civ. 3308 (SHS) GWG

CONSENT TO PROCEED BEFORE
UNITED STATES MAGISTRATE

SIDNEY H. STEIN, U.S. District Judge.

IT IS HEREBY STIPULATED by the undersigned:

1. All parties consent, pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, that a United States Magistrate Judge conduct all further proceedings in this action, including any trial and entry of final judgment.

2. Any appeal from a judgment entered in this case will lie to the Court of Appeals for the Second Circuit as from any other judgment of the district court pursuant to 28 U.S.C. § 636(c)(3) and Fed. R. Civ. P. 73(c).

Dated: New York, New York
       June 27, 2008

see attached
Attorney for Plaintiff
Address _____
_____
Telephone _____

Keith W. Heard of Burke & Parsons
Attorney for Defendant Hanjin Shipping Co. Ltd.
Address 100 Park Avenue
New York, NY 10017-5533
Telephone (212) 354-3800

(Separately executed forms may be submitted. See Fed. R. Civ. P. 73(b).)

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.

Magistrate Judge _____ was assigned this case on _____.

_____
For: Clerk U.S.D.C. S.D.N.Y.

3