UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

GREAT NORTHERN INSURANCE CO.,

                      Plaintiff,

           -against-

BLUE ANCHOR LINE, BLUE ANCHOR
LINE A DIVISION OF TRANSPAC
CONTAINER SYSTEM, LTD., KUEHNE &
NAGEL, INC., KUEHNE & NAGEL, S.A.,
HANJIN SHIPPING CO., LTD., CONTAINER
PORT GROUP, INC.

                    Defendants.
--------------------------------------------------------------x

08 Civ. 03308 (SHS) (GWG)

ECF Case

DEFENDANTS BLUE ANCHOR
LINE A DIVISION OF
TRANSPAC CONTAINER
SYSTEM, LTD., KUEHNE &
NAGEL, INC. KUEHNE &
NAGEL S.A., HANJIN SHIPPING
CO., LTD., CONTAINER PORT
GROUP, INC.

PLEASE TAKE NOTICE that the defendants, BLUE ANCHOR LINE, A DIVISION OF TRANSPAC CONTAINER SYSTEM, LTD., KUEHNE & NAGEL, INC. and KUEHNE & NAGEL, S.A. will move this Court before Magistrate Judge Gabriel W. Gorenstein in Courtroom 174 at the U.S. Courthouse at 500 Pearl Street, New York, New York for an Order dismissing the claims against them on grounds of a mandatory and exclusive forum selection agreement.

PLEASE TAKE FURTHER NOTICE that your answering papers and opposing memoranda must be served and filed within the time provided for in Local Civil Rule 6.1(b).

Dated: New York, New York
       July 28 2008

                                 _____
                                 Ernest H. Gelman (EHG 4748)
                                 Attorney for Blue Anchor Line, Kuehne &
                                 Nagel, Inc. and Kuehne & Nagel, S.A.
                                 350 Fifth Avenue, Suite 4908
                                 New York, NY 10118

Telephone: (212) 332-2345
Fax: (212) 332-8301


TO:    David L. Mazaroli, Esq.
Attorney for Plaintiff
11 Park Place, Suite 1214
New York, NY 10007

Keith W. Heard, Esq.
Burke & Parsons
Attorneys for Hanjin Shipping Co. Ltd.
100 Park Avenue
New York, NY 10017