Keith W. Heard (KH-8578)
Michael J. Walsh (MW-6578)
Burke & Parsons
100 Park Avenue
New York NY  10017-5533
(212) 354-3800

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREAT NORTHERN INSURANCE CO.<br><br>Plaintiff,<br><br>-against-<br><br>BLUE ANCHOR LINE; BLUE ANCHOR LINE A DIVISION OF TRANSPAC CONTAINER SYSTEM LTD.; KUEHNE & NAGEL, INC., KUEHNE & NAGAL S.A.; HANJIN SHIPPING CO. LTD., CONTAINERPORT GROUP, INC.;<br><br>Defendants. | 08 CV 3308 (SHS)<br><br>ECF Case<br><br><br><br>RULE 7.1 STATEMENT |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Hanjin Shipping Co. Ltd. hereby represents that said defendant does not have a corporate parent nor is there any publicly-held corporation that owns 10% or more of its stock.

Dated:    New York, NY
               August 11, 2008

BURKE & PARSONS
Attorneys for Defendant
Hanjin Shipping Co. Ltd.

By_____
Keith W. Heard (KH-8578)
100 Park Avenue
New York NY  10017-5533
(212) 354-3800