UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
GREAT NORTHERN INSURANCE
COMPANY, INC.,

                  Plaintiff,

-against-

BLUE ANCHOR LINE, BLUE ANCHOR
LINE, A DIVISION OF TRANSPAC
CONTAINER SYSTEM LTD., KUEHNE
& NAGEL, INC. and KUEHNE & NAGEL,
S.A., HANJN SHIPPING CO., LTD.,
CONTAINER PORT GROUP, INC.,

                  Defendants.
---------------------------------------------------------x

ECF Case
08 CV 03308 (SHS)(GWG)

ANSWER TO CROSS-CLAIM
OF DEFENDANT HANJIN
SHIPPING CO., LTD.

      Defendants, Blue Anchor Line, Blue Anchor Line, a Division of Transpac Container System, Ltd., Kuehne & Nagel, Inc. and Kuehne & Nagel, S.A. answering the cross-claim of the defendant Hanjin Shipping Co., Ltd. as against these defendants, alleges:

      1.    Denies knowledge or information sufficient to form a belief as to the allegations referred to in paragraph 31 of the answer and begs leave to refer to the answer to the defendant's answer to the complaint, including the affirmative defenses therein, with the same force and effect as if repeated and set forth at length.

      2.    Denies knowledge or information sufficient to form a belief as to the allegations in paragraph 32.

      3.    Defendant, Blue Anchor Line; Blue Anchor Line a Division of Transpac Container System, Ltd. admits the allegations of paragraph 33 of the answer herein

insofar as it provides services as a non-vessel operating common carrier, subject to the terms and conditions of bills of lading it issues.

4. Defendants, Kuehne & Nagel, Inc. and Kuehne & Nagel, S.A. deny each and every allegation contained in paragraph 33 of defendant's cross-claim.

5. Defendants deny each and every allegation contained in paragraph 34 of the cross-claim.

WHEREFORE defendants Blue Anchor Line, Blue Anchor Line, a Division of Transpac Container System, Ltd., Kuehne & Nagel, Inc. and Kuehne & Nagel, S.A. demand judgment dismissing the cross-claim against each of them with costs and attorneys fees.

Dated: New York, New York
August 13, 2008

_____
Ernest H. Gelman (EHG 4748)
Attorney for Defendants Blue Anchor Line,
Blue Anchor Line, a Division of Transpac
Container System, Ltd., Kuehne & Nagel,
Inc. and Kuehne & Nagel, S.A.
350 Fifth Avenue – Suite 4908
New York, NY 10118
Telephone: (212) 332-2345
Fax: (212) 332-8301
e-mail: egelman@gelmanesq.com

TO:  Keith W. Heard, Esq.
     Michael J. Walsh, Esq.
     Burke & Parsons
     100 Park Avenue
     New York, NY 10017-5533

     David Mazaroli, Esq.
     11 Park Place
     Suite 1214
     New York, NY 10017-2801

AFFIDAVIT OF SERVICE BY E-MAIL

STATE OF NEW YORK   )
COUNTY OF NEW YORK) ss.:

Ernest H. Gelman, being duly sworn, says:

I am not a party to the action, am over 18 years of age and work in New York City.

On the 14th of August, 2008 I served the within ANSWER OF DEFENDANTS, BLUE ANCHOR LINE, KUEHNE & NAGEL, INC. AND KUEHNE & NAGEL, S.A. to the Cross Claim of Defendant, Hanjin Shipping Co. Ltd. by e-mail addressed to each of the following persons at the last known e-mail address set forth after each name:

David Mazaroli, Esq.
Attorney for Plaintiff
11 Park Place
Suite 1214
New York, NY 10007-2801
dlm@mazarolilaw.com

Keith Heard, Esq.
Burke & Parsons
Attorneys for Hanjin Shipping Co. Ltd
100 Park Avenue
New York, NY 10017
heard@burkeparsons.com

_____
Ernest H Gelman

Sworn to before me the
21st day of August , 2008.

_____
Notary Public
WILLIAM DUNNEGAN
Notary Public, State of New York
No. 31-4773209
Qualified in New York County
Commission Expires October 31, 2010