**EXHIBIT 4**

KUEHNE+NAGEL

KUEHNE + NAGEL, INC.
570 MARINA DR. BLD F UNIT 2H CHBW4400
CHARLESTON, SC 29492
OCEAN IMPORT

INVOICE

FMC # 1162F

PANYOTTA VINEYARDS
1901 MAIN STREET
BANK AMERICA BLDG. 12TH FLOOR
COLUMBIA, SC 29201
USA

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| CHS0054903 | 07/11/2007 |

| OUR REFERENCE NO. | ACCOUNT NUMBER |
|---|---|
| 6322-4678-706.012 | 5808918 |

INDICATE ON REMITTANCE

SHIPPER/CONSIGNEE: SAI VINEDOS PEDRO NARCOS

CLIENT REFERENCE: 101-7502319-0
ENTRY NUMBER: 101-7502319-0

| B/L/AWB NO | CARRIER/FLIGHT | ETS/ETD | ETA | ENTRY DATE |
|---|---|---|---|---|
| HLSCBCNW00776003 | QATARI IBN AL FUJA'A | 06/21/2007 | 07/02/2007 | 07/10/2007 |

| ORIGIN PORT | DESTINATION PORT | FINAL DESTINATION | NO. OF CONTAINERS |
|---|---|---|---|
| BARCELONA | NEW YORK | | |

| NO. OF PCS | DESCRIPTION | WEIGHT | VOLUME |
|---|---|---|---|
| 420 | WHITE WINE | 6720.00 | 7.040 |
| | MRL INV#142/07 | | |

| CODE | DESCRIPTION OF CHARGE | AMOUNT |
|---|---|---|
| 002 | DUTY | |
| 670 | HARBOR MAINTENANCE FEE | |
| 640 | MPF | |
| 003 | FEDERAL EXCISE TAX | 238.14 |
| 611 | CUSTOMS ENTRY | 11.48 |
| 614 | FDA NOTIFICATION & SERVICES | 25.00 |
| 088 | FDA PRIOR NOTIFICATION SERVICES | 1068.46 |
| 625 | SINGLE ENTRY BOND | 110.00 |
| | | 25.00 |
| | | 25.00 |
| | | 137.77 |

IMPORTER OF RECORD: PAYMENT TO THE BROKER WILL NOT RELIEVE
YOU OF LIABILITY FOR CUSTOMS CHGS IN THE EVENT THE CHGS ARE
NOT PAID BY THE BROKER. CUSTOMS CHGS MAY BE PAID WITH A
SEPARATE CHECK PAYABLE TO THE "BUREAU OF CUSTOMS & BORDER
PROTECTION" WHICH SHALL BE DELIV. TO CUSTOMS BY THE
BROKER (19 CFR 111.29(B)).

PLEASE REMIT TO:
KUEHNE + NAGEL, INC.
P.O. BOX 905779
CHARLOTTE, NC 28290-5779       CLT

TOTAL CHARGES: 1640.85

SEE REVERSE SIDE FOR TERMS AND CONDITIONS

CUSTOMER PAYMENT DUE BEFORE:
08/10/2007

Exhibit 4

# KUEHNE+NAGEL

**INVOICE**

KUEHNE + NAGEL, INC.
570 MARINA DR. BLD F, UNT200 CHB#4455
CHARLESTON, SC 29492
OCEAN IMPORT

FMC # 1162F

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| CHS084902 | 07/11/2007 |
| OUR REFERENCE NO. | ACCOUNT NUMBER |
| 6322-4678-706.011 | 5808918 |

TO:
PARROTIA VINEYARDS
1901 MAIN STREET
BANK AMERICA BLDG, 17TH FLOOR
COLUMBIA, SC 29201
USA

INDICATE ON REMITTANCE

| 1. SHIPPER/CONSIGNEE | 2. CLIENT REFERENCE | 3. ENTRY NUMBER |
|---|---|---|
| BODEGAS RODETAS, S.A. | 101-7502341-4 | 101-7502341-4 |

| 4. MAWB NO. | 5. CARRIER/FLIGHT | 6. ETS/ETD | ETA | 7. ENTRY DATE |
|---|---|---|---|---|
| HJSCBCNH049760003 | QATARI IBN AL FUJA'A | 06/21/2007 | 07/02/2007 | 07/05/2007 |

| 8. ORIGIN PORT | 9. DESTINATION PORT | 10. FINAL DESTINATION | 11. NO. OF CONTAINERS |
|---|---|---|---|
| BARCELONA | NEW YORK | | |

| 12. NO. OF PCS | 13. DESCRIPTION | 14. WEIGHT | 15. VOLUME |
|---|---|---|---|
| 780 | RED WINE | 12000.00 KGS | 5.040 |

MSL INV#073286/227

| CODE | DESCRIPTION OF CHARGE | C/N | AMOUNT |
|---|---|---|---|
| 550 | SEA FREIGHT | | 3100.00 |
| D02 | DUTY | | 442.26 |
| 670 | HARBOR MAINTENANCE FEE | | 33.99 |
| 540 | MPF | | 40.29 |
| D01 | FEDERAL EXCISE TAX | | 1704.29 |
| 611 | CUSTOMS ENTRY | | 110.00 |
| 614 | FDA NOTIFICATION & SERVICES | | 25.00 |
| 688 | FDA PRIOR NOTIFICATION SERVICES | | 25.00 |
| 480 | COLLECT CHARGES | | 2092.00 |
| 525 | INLAND FREIGHT & ARRANGEMENTS | | 475.00 |
| 581 | AMS SECURITY FEE | | 35.00 |
| 625 | SINGLE ENTRY BOND | | 387.83 |
| 657 | CES EXAMINATION FEE | | 328.00 |

IMPORTER OF RECORD: PAYMENT TO THE BROKER WILL NOT RELIEVE YOU OF LIABILITY FOR CUSTOMS CHGS IN THE EVENT THE CHGS ARE NOT PAID BY THE BROKER. CUSTOMS CHGS MAY BE PAID WITH A SEPARATE CHECK PAYABLE TO THE "BUREAU OF CUSTOMS & BORDER PROTECTION" WHICH SHALL BE DELIV. TO CUSTOMS BY THE BROKER (19 CFR 111.29(B)).

PLEASE REMIT TO:
KUEHNE + NAGEL, INC.
P.O. BOX 905779
CHARLOTTE, NC 28290-5779

CLT

TOTAL CHARGES: 8971.66

CUSTOMER
PAYMENT DUE BEFORE 08/10/2007

000022

KUEHNE–NAGEL

FMC # 1162F

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| CHS0084752 | |
| OUR REFERENCE NO. | ACCOUNT NUMBER |
| 6323-4675-706.010 | 590271 |

INDICATE ON REMITTANCE

| 1. SHIPPER/CONSIGNEE | 2. CLIENT REFERENCE | 3. ENTRY NUMBER |
|---|---|---|
| BODEGAS ROBLEDOS, S.A. / PANNOTIA VINEYARDS | 101-7502350-4 | 101-7502350-4 |
| 4. BL/AWB NO. | 5. CARRIER/FLIGHT | 6. ETS/ETD | ETA | 7. ENTRY DATE |
| HJSBCN0097810A | QATARI IBN AL FUJAIA | 06/21/2007 | 07/02/2007 | 07/10/2007 |
| 8. ORIGIN PORT | 9. DESTINATION PORT | 10. FINAL DESTINATION | 11. NO. OF CONTAINERS |
| BARCELONA | NEW YORK | | 1000 |
| 12. NO. OF PCS | 13. DESCRIPTION | 14. WEIGHT | 15. VOLUME |
| 50X | RED WINE | 14200.00 KGS | 5.040 CBM |

RM. INV#073285/226

| CODE | DESCRIPTION OF CHARGE | AMOUNT |
|---|---|---|
| 150 | SEA FREIGHT | |
| D02 | DUTY | 3100.00 |
| 670 | HARBOR MAINTENANCE FEE | 374.00 |
| 640 | MPF | |
| D03 | FEDERAL EXCISE TAX | |
| 611 | CUSTOMS ENTRY | 1977.00 |
| 614 | FDA NOTIFICATION & SERVICES | 110.00 |
| 389 | FDA PRIOR NOTIFICATION SERVICES | |
| 701 | COLLECTION CHARGES | 65.00 |
| 625 | INLAND FREIGHT & ARRANGEMENTS | 2000.00 |
| 581 | AMS SECURITY FEE | 1100.00 |
| 615 | SINGLE ENTRY BOND | 75.00 |

IMPORTER OF RECORD: PAYMENT TO THE BROKER WILL NOT RELIEVE
YOU OF LIABILITY FOR CUSTOMS CHGS IN THE EVENT THE CHGS ARE
NOT PAID BY THE BROKER. CUSTOMS CHGS MAY BE PAID WITH A
SEPARATE CHECK PAYABLE TO THE "BUREAU OF CUSTOMS & BORDER
PROTECTION" WHICH SHALL BE DELIV. TO CUSTOMS BY THE
BROKER. 19 CFR 111.29(5)..

PLEASE REMIT TO:
KUEHNE + NAGEL, INC.
P.O. BOX 905779
CHARLOTTE, NC 28290-5779

000023